FILED: October 21, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2173
(1:11-cv-03295-GLR)

_____

JAMES OWENS

       Plaintiff - Appellant

v.

BALTIMORE CITY STATE'S ATTORNEYS OFFICE; MARVIN BRAVE, Individually and in his Official Capacity as an Assistant of the Baltimore City State's Attorneys Office; BALTIMORE CITY POLICE DEPARTMENT; GARY DUNNIGAN, Individually and in his Official Capacity as an Officer and Detective of the Baltimore City Police Department; JAY LANDSMAN, Individually and in his Official Capacity as an Officer and Detective of the Baltimore City Police Department; THOMAS PELLIGRINI, Individually and in his Official Capacity as an Officer and Detective of the Baltimore City Police Department

       Defendants - Appellees

 and

MAYOR AND CITY COUNCIL OF BALTIMORE

       Defendant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Chief Judge Traxler, Judge Motz and Judge Wynn.

                                      For the Court

                                      /s/ Patricia S. Connor, Clerk