UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **JAMES OWENS,** | * | |
| **Plaintiff,** | * | |
| v. | | |
| | * | Civil No. 11-cv-3295 |
| **MAYOR AND CITY COUNCIL OF BALTIMORE, et. al.,** | * | |
| | * | |
| **Defendants.** | | |

\* \* \* \* \* \* \* \* \* \* \* \*

# THE BALTIMORE POLICE DEPARTMENT AND THE INDIVIDUAL OFFICERS' MOTION TO STAY DISCOVERY AND BIFURCATE CLAIMS AGAINST BPD

Defendants, the Baltimore Police Department ("BPD") and Police Officers Jay Landsman, Thomas Pelligrini and Gary Dunnigan (collectively, the "Officer Defendants") (all collectively, the "Police Defendants"), by and through its undersigned counsel, respectfully moves this Court, pursuant Federal Rule of Civil Procedure 26(d) and 42(b), to issue an order to stay discovery until the Supreme Court rules on the Police Defendants' forthcoming Petition for a Writ of Certiorari and bifurcate and stay discovery and trial such that Plaintiff's claims against Officer Defendants be resolved before addressing the claims against the BPD. Defendants are filing this motion with the consent of Co-Defendant, Marvin Brave. The undersigned sought consent from Plaintiff's counsel, who declined to consent.

The Court should grant the motion, as further explained in Police Defendants' Memorandum of Law, because (a) Police Defendants' forthcoming Petition for a Writ of Certiorari is meritorious and a stay of the proceedings pending will ensure that the Police

Defendants are not subjected to the vexations of trial, which necessarily includes discovery, until their defenses, which are complete bars to the Plaintiff's suit, have been finally resolved; and (2)the bifurcation of the claims and a stay of discovery against the BPD will substantially decrease the risk of unnecessary, prolonged and burdensome litigation, will conserve judicial resources, will serve as a more effective method of testing the sufficiency of the Plaintiff's claims, and will protect BPD and the Officer Defendants against the possibility of prejudice.

**WHEREFORE**, the Police Defendants respectfully pray that the Court issue an order: (1) staying discovery until the Supreme Court rules on the Police Defendants' forthcoming Petition for a Writ of Certiorari; (2)  bifurcating the proceedings in the above captioned action; and (2) staying discovery against the BPD pending the outcome of the proceedings between Plaintiff and the Defendant Officers.

Respectfully submitted,

/s/
Daniel C. Beck
Federal Bar No. *29646*
Office of Police Legal Affairs
Baltimore City Law Department
100 N. Holliday Street, Room 101
Baltimore, Maryland 21202
Telephone: (443) 984-7303
Facsimile:  (410) 539-0536
E-mail: Daniel.beck@baltimorepolice.org
*Attorney for Defendant BPD*

_____/s/_____
Michael Marshall (Fed. Bar No. 02587)
Chaz Ball (Fed. Bar No. 30044)
Schlachman, Belsky & Weiner, P.A.
300 E. Lombard Street, Suite 1100
Baltimore, Maryland 21202
Phone:  (410) 685-2022
Fax:  (410) 783-4771
mmarshall@sbwlaw.com
*Attorneys for Individual Officers*