

**CITY OF BALTIMORE**
STEPHANIE RAWLINGS-BLAKE, Mayor

**DEPARTMENT OF LAW**
GEORGE A. NILSON, City Solicitor
101 City Hall
Baltimore, Maryland 21202

*Via ECF*

The Honorable George L. Russell, III
United States District Court Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21202

Re:   James Owens v. Mayor and City Council of Baltimore, et al.
      Civil Action No. GLR-11-3295

Dear Judge Russell:

      This letter is to inform you that on January 20, 2014, the Baltimore Police Department and Individual Officers timely filed a Petition for Writ of Certiori to the United State's Court of Appeals for the Fourth Circuit in the Supreme Court of United States in above referenced matter, which is attached hereto. A paper copy will be delivered to your chambers by GibsonMoore Appeallate Services and served on all parties. We respectfully request that that incorporate the Petition for Writ of Certiorari into our Joint Motion to Stay the Proceedings, ECF No. 58.

                              Respectfully submitted,

                              /s/

                              Daniel C. Beck
                              Chaz R. Ball
                              Michael L. Marshall

cc:   Joshua Treem, Esquire
      Laura Abelson, Esquire
      Sarah Lacey, Esquire

Printed on recycled paper with environmentally friendly soy based ink.