

| | | |
|---|---|---|
| **BRIAN E. FROSH**<br>*Attorney General* | | **ELIZABETH F. HARRIS**<br>*Chief Deputy Attorney General*<br><br>**THIRUVENDRAN VIGNARAJAH**<br>*Deputy Attorney General* |

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

FACSIMILE NO.
(410) 576-6955

WRITER'S DIRECT DIAL NO.
(410) 576-7005
Email: jkatz@oag.state.md.us

February 24, 2015

<u>**Via CM/ECF**</u>

The Honorable George L. Russell, III
United States District Court Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21202

Re:   *James Owens v. Mayor and City Council of Baltimore, et al.*
      Civil Action No. GLR-11-3295

Dear Judge Russell:

    Please find attached a copy of the Brief in Support of Certiorari that Marvin Brave filed in the Supreme Court of the United States in the above referenced matter on February 23, 2015.  A paper copy will be delivered to your chambers and served on all parties.

                  Respectfully submitted,
                  /s/
                  Jennifer L. Katz

cc:   Daniel C. Beck, Esquire
      Michael L. Marshall, Esquire
      Charles N. Curlett, Jr., Esquire
      Joshua R. Treem, Esquire
      Laura G. Abelson, Esquire
      Sarah F. Lacey, Esquire