UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**GEORGE L. RUSSELL, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

April 2, 2015

MEMORANDUM TO COUNSEL RE:   <u>James Owens v. Mayor and City Council of Baltimore, et al.</u>
Civil Action No. GLR-11-3295

Dear Counsel:

Pending before the Court is Defendants', Baltimore City Police Department ("BPD"), Gary Dunnigan, Jay Landsman, and Thomas Pelligrini, Motion to Stay Discovery and Bifurcate Claims Against BPD.  (ECF No. 58).  Having considered the Motion and Response thereto (ECF No. 67), the Court will grant it in part and deny it in part.

The Court will STAY discovery pending the United States Supreme Court's decision regarding Defendants' Petition for Writ of Certiorari.  The Court will DENY Defendants' request to bifurcate without prejudice.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
_____
George L. Russell, III
United States District Judge