IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JAMES OWENS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. GLR-11-03295 |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* ooo0ooo \* \* \*

**EXHIBITS TO**
**PLAINTIFF'S OPPOSITION TO DEFENDANTS DUNNIGAN, LANDSMAN, AND**
**PELLEGRINI'S AMENDED MOTION FOR SUMMARY JUDGMENT**

Exhibit 1.     Brave's Response to Request for Admissions Nos. 8, 9, 11 & 12

Exhibit 2.     Excerpts from Owens Trial
86:4-19; 90; 112; 156; 157-162; 185:1-6; 185:17-21; 229:4-21; 284-315; 325; 333-335; 335:3-6; 335:21-24; 389; 390-437; 487; 489-520; 718-724; 815:1-4; 817:6-14

Exhibit 3.     Excerpts from Dunnigan Deposition
22:15-23:4; 64; 72:12-18; 73:21-74:19; 74:9-13; 111:10-22;

Exhibit 4.     Excerpts from Pellegrini Deposition
25:18-21; 27:2-29:2; 38:13-19; 80:6-81:1

Exhibit 5.     Excerpts from Landsman Deposition
6:12-25:9; 17:21-18:3 20:19-21:5; 23:9-12; 50; 65; 80; 97:9-20; 97:1-106:2; 102:1; 106:2; 108:1-108:3; 133

Exhibit 6.     Excerpts from Thompson Trial
314-315; 341-345; 346-350; 346:14-350:21; 350:24; 355:13-17; 356:6-22; 359; 360:1-7; 360:8-16; 488; 492-493; 500-519; 520; 634-635; 663:15-664:6; 664:20-25; 664:22; 665; 665:14-21; 665:19-666:9; 666:1-24; 667:3-668:9; 672:13-673:3; 684-685; 688; 690-91; 694-697; 706; 713; 718-724; 736; 749-750; 760-766; 815:1-4; 817:6-14

Exhibit 7.     Statement of James Thompson

| | |
|---|---|
| Exhibit 8. | Excerpts from Brave Deposition<br>44:4–45:10; 66:13-67:10; 75:3-7; 77:19-78:11; 85:6-85:18 |
| Exhibit 9. | Thompson Statement of Charges |
| Exhibit 10. | David Eaton Affidavit (July 11, 2008) ¶¶ 1-8; David Eaton Declaration (Nov. 4, 2015) ¶ 2, 9-14; David Eaton Declaration (Nov. 7, 2014); David Eaton Declaration (Nov. 13, 2015) |
| Exhibit 11. | Statement of Michael Lubawski, OWENS 892-899 |
| Exhibit 12. | DNA Test Results |
| Exhibit 13. | Order Granting Petition to Reopen Post-Conviction Proceeding |
| Exhibit 14. | Brave's Answers to Plaintiff's Second Amended Complaint<br>¶ 80, *accord* ¶¶ 120-22, 134-37 |
| Exhibit 15. | Excerpts from Owens Deposition<br>78:16-79:1; 94:6-94:13; 103:14-104:7 |
| Exhibit 16. | Excerpts from Owens Declaration<br>¶¶ 9-12 |
| Exhibit 17. | Dennis Waller Report |

# EXHIBITS TO
# PLAINTIFF'S OPPOSITION TO BALTIMORE POLICE DEPARTMENT'S
# MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Exhibit 18. | Excerpts from Landsman Deposition<br>42-44; 52:16-53:5; 52:18-53:2;  54:1-55:20; 54:7-54:14 |
| Exhibit 19. | Excerpts from Reitz Deposition<br>23:16; 24:2; 30:2-5; 31:3-9; 31:10-12; 32:10-19; 48:16-49:3 |
| Exhibit 20. | Excerpts from Key Deposition<br>39:20-40:6; 40:10-21; 53:6-17 |
| Exhibit 21. | Tabeling Declaration |
| Exhibit 22. | Childs Deposition<br>36:14-37:2; 40:1-9; 52:1-12 |
| Exhibit 23. | Thompson Trial<br>399-400; 662; 722; 777-778 |
| Exhibit 24. | Plaintiff's First Interrogatories to Baltimore Police Department<br>Nos. 7-8 |
| Exhibit 25. | Plaintiff's First Request for Production of Documents to Baltimore Police Department<br>Nos. 12-14 |
| Exhibit 26. | *Austin* Memorandum Opinion<br>2: 31, 33-34; 35; 67-68; 76; 92 |
| Exhibit 27. | *Austin* Motion to Reopen Post Conviction<br>13 |
| Exhibit 28. | Joseph Wase Affidavit<br>¶¶1-11 |
| Exhibit 29. | *Griffin* Complaint<br>¶¶ 15; 21-25; 26-30; 37-50; 51-55 |
| Exhibit 30. | *Coleman* Hearing<br>H-71:6-25; H-92:6-11; H-93:1-6; H-93:2-H-94:13: H-95:4-17 |
| Exhibit 31. | *Coleman v. State,* No. 324 (Md. Ct. Spec. App. Aug. 23, 2004) |
| Exhibit 32. | *Batty v. Peguese,* Civil No. JFM-03-335 (D. Md. Jan. 25, 2008) |

3

4

| | |
|---|---|
| Exhibit 33. | CTC Circuit Court Docket |
| Exhibit 34. | Nethercott Declaration |
| Exhibit 35. | Burgess Complaint<br>¶¶ 13, 14, 23, 32 |
| Exhibit 36. | Armburst Declaration |
| Exhibit 37. | Pettiford May 29, 1998 Hearing, Part 1<br>21; 50; 53; 55-56; |
| Exhibit 38. | Pettiford May 28, 1998 Hearing Part 2<br>6; 9; 12-13; 15; 17-18; 26; 30; 87 |
| Exhibit 39. | Pettiford Hearing July 28, 1998<br>87; 89-92 |
| Exhibit 40. | Pettiford Hearing August 21, 1998<br>10-11; 16; 32-33 |
| Exhibit 41. | Pettiford Hearing May 22, 2000<br>6-11; 8:17-24; 11:24-13:10; 14:7-16; 9:13-21 |
| Exhibit 42. | Pettiford Certified True Test Docket Sheet |
| Exhibit 43. | Michelle Martz Declaration |
| Exhibit 44. | C. Justin Brown Declaration |

**EXHIBITS TO
PLAINTIFF'S RESPONSE IN OPPOSITION TO
<u>DEFENDANT BRAVE'S MOTION FOR SUMMARY JUDGMENT</u>**

Exhibit 45.    Excerpts from Owens Trial
58-61; 69; 98; 124; 246; 325-326; 477-478; 487; 489-520; 643; 722; 752-753; 773-774

Exhibit 46.    Thompson Trial
329; 334-337, 341-45; 346-51; 356-359; 360-363; 368-369; 370; 378; 423-425; 428-429; 438-439; 473-474; 477-478; 483; 486; 491; 500; 659-660; 665-666; 667-668; 672-673; 694-698; 705; 717-718; 721-722; 735-739; 760; 762; 778-779