# Exhibit 22

```
                                                                    1

 1              UNITED STATES DISTRICT COURT FOR

 2                   THE DISTRICT OF MARYLAND

 3                      (Northern District)

 4

 5   JAMES OWENS

 6              Plaintiff

 7   vs.                            CASE NO. GLR-11-3295

 8   BALTIMORE POLICE

 9   DEPARTMENT, et al.

10              Defendants

11   _____/

12

13

14           The Rule 30(b)(6) deposition of DETECTIVE

15   GARY CHILDS was held on Wednesday, October 28, 2015,

16   commencing at 10:00 a.m., at Brown, Goldstein & Levy,

17   120 East Baltimore Street, Suite 1700, Baltimore,

18   Maryland 21202, before Susan A. Kambouris, Notary Public.

19

20

21   REPORTED BY:  Susan A. Kambouris
```

1   there were a couple.  There was a lot of change
2   going in the Department at that time in the upper
3   structure because Commissioners left and Colonels
4   moved up to Deputy Commissioner and Majors moved up
5   to Colonels.  So, there were probably, at least,
6   three Colonels in charge of CID when I was there.
7        Q    And to whom did the Colonel report?
8        A    The Deputy Commissioner.
9        Q    And, above that, the Police Commissioner?
10       A    Yes.
11       Q    You are familiar with General Orders
12  issued by the Police Department, correct?
13       A    Yes, sir.
14       Q    What are General Orders?
15       A    General Orders are documents prepared by
16  the Department, either legal affairs, or command
17  staff, and they set out the policies and procedures
18  that are to be followed either by patrolmen, being
19  detectives, supervisors.  They are issued.  Some are
20  redrafts from previous General Orders that may
21  become outdated or have additions added to them.

```
 1   Members have to read them and sign them, showing
 2   that they read and understand them.
 3       Q    Are they also known by another name,
 4   SOP's, are you familiar with that?
 5       A    Some of them are.  Some General Orders are
 6   SOP's.  Some General Orders are just set out -- the
 7   policies and rules of what you are going to do, but
 8   some are standard operating procedure for that
 9   particular topic of the General Order.
10       Q    And to whom would the General Orders
11   apply?
12       A    Everyone.
13       Q    Ever General Order applies to everyone or
14   could General Orders be directed to a subset of the
15   Department?
16       A    It could be.  I mean, there could be a
17   General Order set forth for Internal Affairs, say,
18   that would only be applicable to investigators or
19   members of the Internal Affairs Division.
20       Q    And when you say they were issued by the
21   command staff, specifically to whom are you
```

40

1  through the Department?
2      A    They were given out at role calls, given
3  to each member.  They were on paper then.  Nothing
4  was on computer.  They were handed out and discussed
5  at role call.  The Lieutenant or the Sergeant
6  running the role call, when a new General Order came
7  out, they would read it, go over it, explain it, the
8  member was responsible for reading it, and signing
9  it, and putting it in his book.
10     Q    So, focusing now on the Homicide Unit, is
11 the procedure you just described the procedure that
12 would be followed in the Homicide Unit for the
13 promulgation of General Orders?
14     A    Yes.
15     Q    When a General Order was issued, was there
16 a period of time in which it was required that the
17 General Orders be reviewed, and signed, and placed
18 in the book, as you have just described?
19     A    Yeah, I think it was at the bottom, it
20 would tell you.  Most of the time, it was
21 immediately.  This Order takes place immediately and

52

1  the defense didn't get discovery, but, then,
2  usually, when things were looked and checked out, it
3  was there.  I don't know of any State's Attorney
4  that would purposefully withhold anything that was
5  supposed to be given to the defense.  I never had
6  that issue.  But if I had it, I would have to follow
7  a chain up to the Lieutenant and the Lieutenant
8  would tell the Captain.  I am sure he would contact
9  the head of the State's Attorney's Office to find
10 out what was going on.
11      Q    How much overtime would you say, on
12 average, homicide detectives were able to work and
13 earn?
14      A    It was unlimited, as far as I know, but
15 that was my job, of course, to make sure the
16 overtime was being worked was justified, and, then,
17 the Lieutenant would scrutinize that.  The only time
18 there ever was a question or a request to watch
19 overtime was near the end of the fiscal year, but,
20 remember, in those days, we had 300 some homicides.
21 You were just working -- it wasn't a question of