# Exhibit 37

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| STATE OF MARYLAND<br><br>vs.<br><br>ANTOINE PETTIFORD,<br><br>    Defendant. | INDICTMENT NO. 194273007<br><br>Pt 1 |

OFFICIAL TRANSCRIPT OF PROCEEDINGS

(Postconviction Hearing)

Baltimore, Maryland

Thursday, May 28, 1998

BEFORE:

    HONORABLE ELLEN M. HELLER,
    ASSOCIATE JUDGE

APPEARANCES:

    For the State:

        NANCY POLLACK, ESQUIRE

    For the Defendant:

        MICHELLE MARCS, ESQUIRE

RECORDED BY:   VIDEOTAPE

CHRISTOPHER W. METCALF, CVR
Official Court Reporter
507 Courthouse West
Baltimore, MD  21202

```
 1    also would ask that the trial transcript, which I
 2    believe your chambers has a copy of, is also moved into
 3    evidence as, I guess, Petitioner's No. 2.
 4              THE COURT:  I grant that.
 5              MS. MARTZ:  Thank you.
 6                         (Petitioner's Exhibits Nos. 1
 7                          and 2 were marked for
 8                          identification and received
 9                          in evidence.)
10              MS. MARTZ:  And, thirdly, Your Honor, what
11    I would ask to say to the Court -- I obviously was not
12    at the trial, but in my review of the trial testimony,
13    Oscar Lewis was killed on April 30th, 1994.
14              The State's theory, in brief form, was
15    that two shooters of descriptions of wearing bandannas
16    shot Oscar Lewis, who was in a Mazda RX7 at the
17    intersection of Preston and Gay Street, and, then,
18    according to the State's witnesses, fled the scene and
19    then returned with a third person.
20              The State's theory was one of the shooters
21    and one of the people that returned to the scene was my
22    client, Antoine Pettiford, and the defense in that
23    case, Mr. Balint, Walter Balint, entered his appearance
24    on March 3rd of 1994.  I believe I noted in my petition
25    that the clerk's date stamp is actually wrong.  It says
```

1    Q.    Mr. Balint, did the State's Attorney ever
2  show you at any point during the trial or prior to the
3  trial what would be marked as Petitioner's Exhibit No.
4  6, which is identified under H94-098, a statement taken
5  of Roy Harris by Detective David Neverdon on 5/27/94?
6    A.    I don't believe I was ever provided the
7  statement of Roy Harris. It's not in my file. So I
8  was not provided with it.
9         THE COURT:  Even after he testified at
10 trial?
11        THE WITNESS:  No, Your Honor.
12              (Petitioner's Exhibit No. 6
13              was marked for identification
14              and received in evidence.)
15        MS. MARTZ:  Your Honor, I would ask to
16 move into the record, also, if it's not already part of
17 it -- I believe it is, but there is a docket entry and
18 exhibit sheet from the trial -- I believe it's already
19 part of this transcript -- that tells you what is
20 there, but --
21        THE COURT:  I'm not going to do it unless
22 I have a document and you can identify where it is.
23        MS. MARTZ:  Okay. I'll find it.
24        BY MS. MARTZ:
25    Q.    I'm showing you a statement of Roy Harris.

50

```
 1      Exhibit 6.
 2              MS. POLLACK:  What is it that you're
 3      showing him?
 4              MS. MARTZ:  Well, actually, you know what?
 5      I apologize, Your Honor.  It should have been marked as
 6      part of Exhibit 5.  Exhibit 5 should be A, B, C, and D.
 7      This is actually the back side of that photo array.
 8              THE COURT:  Well, could you have it
 9      marked?
10              MS. MARTZ:  Yes, ma'am.
11                      (Petitioner's Exhibit No. 5D
12                       was marked for identification
13                       and received in evidence.)
14              BY MS. MARTZ:
15      Q.      Mr. Balint, I'm showing you what has been
16      marked as 5D.  The writing is difficult to read, but
17      could you please tell me if you were ever shown this
18      photo array before?
19      A.      I don't believe I've ever seen this
20      before.
21      Q.      Okay.  What BPI number is in this photo
22      array?
23      A.      347-313 and the other ones.
24      Q.      And, Mr. Balint, I'm showing you what is
25      marked as Exhibit 5A.  It's an offense report in the
```

1   Q.   Mr. Balint, had you been given that
2   statement, would you have used it during the testimony
3   of Roy Harris?
4   A.   Very possibly.
5   MS. MARTZ:   Your Honor, I'm going to ask
6   that this be marked as Defense Exhibit No. 7, which
7   would be the -- I'm calling it the follow-up
8   investigation photo lineup of July 28th, 1994, from
9   Detective Robert Patton and Detective Neverdon of the
10  Homicide Unit.
11                  (Petitioner's Exhibit No. 7
12                  was marked for identification
13                  and received in evidence.)
14  BY MS. MARTZ:
15  Q.   Mr. Balint, I'm showing you what has been
16  marked as Petitioner's Exhibit No. 7 and I'm going to
17  refer you to page two, which lists suspects involved in
18  the robbery/shooting and captioned "Homicide," and I'm
19  going to ask you to read what is written in space
20  number four.
21  MS. POLLACK:   Objection.
22  THE COURT:   Why are you objecting?
23  MS. POLLACK:   Because he didn't author
24  that and Detective Patton is here. He's the
25  investigator.

1          THE COURT: Well, he can read it and the
2   detective can be called for anything else. It speaks
3   for itself. Overruled.
4          THE WITNESS: Duray Maurice Cole was a
5   suspect in the robbery/shooting of Oscar Lewis,
6   apparently.
7          BY MS. MARTZ:
8      Q.   And who does -- on line four of that same
9   description, there's an a/k/a there. Can you read what
10  that a/k/a, "also known as," is?
11     A.   "Money."
12     Q.   And were you ever given the information
13  that Duray Maurice Cole was a suspect or related in any
14  way as a suspect to the homicide of -- the shooting
15  death of Mr. Lewis?
16     A.   No.
17     Q.   Okay. And had you been told of that,
18  would you have used that at trial?
19     A.   Absolutely.
20     Q.   You want to say something, I can tell, but
21  I think she's going to make you wait until I ask a
22  question.
23          Mr. Balint, I'm just also asking you to
24  refer to page number three which refers to witness
25  number three who, for housekeeping purposes --