# Exhibit 43

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

JAMES OWENS,

    Plaintiff,

v.

BALTIMORE POLICE
DEPARTMENT, *et al.*,

    Defendants.

Case No. GLR-11-3295

### Declaration of Michelle M. Martz

I, Michelle M. Martz, hereby declare that:

1. I make this declaration on personal knowledge. I am more than 18 years of age.

2. I am a lawyer who practices in Maryland. Relevant to this declaration and civil action, I have experience in post-conviction work, including cases arising in Baltimore.

3. I have personal knowledge, based on my experience representing Antoine Pettiford, in *State of Maryland v. Antoine Pettiford*, Case. No. 194273001, at the post-conviction proceedings in the Circuit Court for Baltimore City that violations of *Brady v. Maryland* occurred in that case.

4. As relevant to the above-captioned civil action, attached hereto as **Exhibit A** is a true and correct copy of the copy of the transcript of the May 22, 2000, which I had in my files, recounting the decision of Judge Ellen Heller, Circuit Court for Baltimore City, to grant Mr. Pettiford a new trial based on *Brady* material that was not disclosed to Mr. Pettiford's defense. The critical findings can be found on page 8 and 9. The decision otherwise speaks for itself.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2/11/2016

Michelle M. Martz, Esquire
21 East Church Street
Frederick MD 21701
Phone: 301-662-7337
Fax: 240-764-2835