# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |
|---|---|
| JAMES OWENS,<br><br>          Plaintiff,<br><br>     v.<br><br>BALTIMORE POLICE<br>DEPARTMENT, *et al.*,<br><br>          Defendants. | Case No. GLR-11-3295 |

## JOINT STATUS REPORT

As required by this Court's Orders (ECF No. 180), the parties report as follows:

a. **Discovery Schedule**

The parties must now engage in damages discovery, which was bifurcated from liability discovery. (ECF Nos. 81, 84). We propose the following schedule for damages discovery:

| Event | Deadline |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures for damages expert | January 6, 2017 |
| Defendants' Rebuttal Rule 26(a)(2) disclosures | March 6, 2017 |
| Plaintiff's Rebuttal Rule 26(a)(2) disclosures | April 6, 2017 |
| Damages Discovery Closes | May 6, 2017 |

b. **Whether the case is to be tried jury or non-jury and the anticipated length of trial**

The case is to be tried to a jury. The parties anticipate a two-week trial.

c. **A certification that the parties have met to conduct serious settlement negotiations; and the date, time and place of the meeting and the names of all persons participating therein**

The undersigned certify that the serious settlement negotiations were conducted on November 13, 2015, from 10:00 a.m. to approximately 1:00 p.m., in Judge Gesner's chambers. The persons who participated therein were as follows:

- For Plaintiff: James Owens, Charles N. Curlett, Jr., Brooke E. Lierman
- For the Individual Officer Defendants: Michael Marshall

Plaintiff remains willing to re-open settlement negotiations with Judge Gesner during the discovery period, or immediately following it.

d. **Trial Schedule**

We request that the Court designate two weeks in September or October 2017 for a two-week trial on this case.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ *(by permission of Mr. Marshall)* |
| Joshua R. Treem (#00037) | Michael Marshall |
| Andrew D. Freeman (#03867) | Schlachman, Belsky & Weiner, P.A. |
| Brooke E. Lierman (#17879) | 300 E. Lombard Street, Suite 1100 |
| Chelsea Crawford (#19155) | Baltimore, Maryland 21202 |
| BROWN, GOLDSTEIN & LEVY, LLP | mmarshall@sbwlaw.com |
| 120 E. Baltimore St., Suite 1700 | |
| Baltimore, MD 21202 | *Attorneys for Gary Dunnigan,* |
| Tel: 410-962-1030 | *Jay Landsman, and Thomas* |
| Fax: 410-385-0869 | *Pellegrini* |
| jtreem@browngold.com | |
| adf@browngold.com | |
| blierman@browngold.com | |
| ccrawford@browngold.com | |

Charles N. Curlett, Jr. (#28246)
Sarah F. Lacey (#28874)
LEVIN & CURLETT LLC
300 E. Lombard St. Suite 1510
Baltimore, MD 21201
Tel: 410-685-0048
Fax: 410-685-2222
ccurlett@levincurlett.com
slacey@levincurlett.com

*Attorneys for James Owens*