**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| JAMES OWENS, <br><br> Plaintiff, <br><br> v. <br><br> GARY DUNNIGAN, *et al.*, <br><br> Defendants. | Civil Action No. GLR-11-3295 |

**Stipulation of Dismissal with Prejudice**

Plaintiff James Owens and defendants Gary Dunnigan, Jay Landsman, and Thomas Pelligrini, by undersigned counsel, hereby stipulate to the dismissal of this matter, with prejudice, pursuant to the Settlement Agreement and Release entered into on May 2, 2018.  Each party shall bear his own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew D. Freeman* | */s/ Chaz Ball* |
| Andrew D. Freeman (Bar No. 03867) | Michael Marshall (Fed. Bar No. 02587) |
| Joshua R. Treem (Bar No. 00037) | Chaz Ball (Fed. Bar No. 30044) |
| Brown, Goldstein & Levy, LLP | Schlachman, Belsky & Weiner, P.A. |
| 120 E. Baltimore Street, Suite 1700 | 300 East Lombard Street, Suite 1100 |
| Baltimore, Maryland 21202 | Baltimore, MD  21202 |
| Tel: 410-962-1030 | Phone: (410) 685-2022 |
| adf@browngold.com | Fax: (410) 783-4771 |
| | mmarshall@sbwlaw.com |
| Charles N. Curlett, Jr. (Bar No. 28246) | |
| Levin & Curlett LLC | *Attorneys for Defendants Dunnigan,* |
| 300 E. Lombard Street, Suite 1510 | *Landsman and Pellegrini* |
| Baltimore, Maryland 21202 | |
| Tel: 410-685-4444 | |
| ccurlett@levincurlett.com | |

*Attorneys for Plaintiff James Owens*

Dated:  May 8, 2018